# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Michael Dunn,<br><br>  Petitioner<br><br>v.<br><br>Nevada Supreme Court, et al.,<br><br>  Respondents | 2:17-cv-00921-JAD-VCF<br><br>**Order Denying Motion<br>for Reconsideration**<br><br>[ECF No. 11] |

John Michael Dunn filed this action to seek a "Federal Intervening Injunction" in his pending criminal prosecution in Nevada's Eighth Judicial District Court.[1] I screened Dunn's petition under the Prison Litigation Reform Act (PLRA)[2] and dismissed it under *Younger v. Harris*, which teaches that a federal court may not interfere with ongoing state criminal proceedings absent extraordinary circumstances.[3] Dunn then filed a challenge to that order, which I construed as a Rule 60 motion and denied.[4] I also remanded this action back to the state court under 28 U.S.C. § 1455.[5]

The remand of this case has deprived this court of the ability to continue to entertain motions in it, and I must deny Dunn's second motion for reconsideration [ECF No. 11] for that reason alone. Even if I could continue to exercise jurisdiction over this case, I would deny Dunn's motion because his request regurgitates the same arguments and points that he has raised and that I have rejected previously. And Dunn has not identified any viable legal basis for reconsideration.

Accordingly, IT IS HEREBY ORDERED that Dunn's Motion to Reconsider **[ECF No. 11] is**

---

[1] ECF No. 3.

[2] *See* 28 U.S.C. § 1915(e).

[3] *Younger v. Harris*, 401 U.S. 37, 44 (1971); *Middlesex Cty Ethics Comm'n v. Garden State Bar Ass'n*, 457 U.S. 423, 431 (1982).

[4] ECF No. 10.

[5] *Id.*

1 | **DENIED.** Dunn is instructed that **this case has been closed and remanded to the state court.**
2 | **Any additional motions that Dunn files in this case will be summarily denied.**
3 |     Dated this 6th day of July, 2017.

_____
Jennifer A. Dorsey
United States District Judge